Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Basavaraj Hooli<br>~~801 Benninghaus Rd Baltimore MD 21212~~<br>101 Presidentst#434 | Case: 1:24-cv-00006    JURY DEMAND<br>Assigned To : Howell Beryl A.<br>Assign. Date : 1/2/2024<br>Description: Pro se. Gen. Civ. (F-Deck) |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial:  *(check one)*  ☑ Yes   ☐ No

–v–

Todd Combs President Geico Insurance

Larry Mitcham, Administrator, Zebulon City,Ga30295

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Basavaraj Hooli |
| Street Address | ~~801 Benninghaus Rd~~ 101 President.St #434. |
| City and County | Baltimore |
| State and Zip Code | MD 21202 |
| Telephone Number | 443-248-6911 |
| E-mail Address | basavarajhooli22@gmail.com |

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                            Todd Combs

    Job or Title *(if known)*     President, Geico Insurance Company,

    Street Address              5260 Western Ave

    City and County           Chavy Chase

    State and Zip Code       MD 20813

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                            Larry Mitcham

    Job or Title *(if known)*     Administrator, Zebulon city,

    Street Address              7818 Hway19 S

    City and County           Zebulon, Pike County

    State and Zip Code       Georgia, 30295

    Telephone Number        770-567-8748

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Basavaraj Hooli , is a citizen of the State of *(name)* Maryland .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

 

    b.    If the defendant is a corporation

        The defendant, *(name)* Geico Insurance Company &Zebulon city , is incorporated under

        the laws of the State of *(name)*   Maryland         Georgia      , and has its

        principal place of business in the State of *(name)*

        Or is incorporated under the laws of *(foreign nation)*

        and has its principal place of business in *(name)*   Chavy Chase ,MD     Zebulon, GA

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        Over $100 millions. Defamation Mental injury

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        Police Officer 2 Cars Going Speed,did you see,Yes sir Iwas waiting at 3rd Traffic Lt,for Green Signal. 2) Police officerasks Drivers license&Insurance Card 3) After 30 Minutes "You are under Arrest"3) Hand cuffed,Pushed me inPoice Car,takes to Jail,Finger Prints 2 Days Jail. When Officer calls 800# Florida DMV"H400-016-48-030-0is suspended,non payment of Insurance,he did not enter Insurance#. Geico took Insurance Premium,debited but kept my Drivers License Suspended by DMV- I was customer for 30 yrs newPolicypaid advance50%-due to bad credit!

## III.  Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

City of Zebulon:-1) Police officer1st,came asked 2 Cars Speeding on Hway18. 2) Failed to enter Insurance #, 3) Police officers Intention was to get a Person,to satisfy,his Boss after putting Lights&Siren $ Police officer did not do his Job,cheated me, by not entering Insurance #if he had my Drivers License was Valid 4)Knowingly, a SAFE DRIVER of Florida,aPost Graduate of Medical College&Executive of Hospital,Senior Citizen,Medically Disabled. As per Supreme Court.Police Officer is not Immunized for False arrest of Wrong Person! Traffic Judge insted of Dismissing case,Forced to Plead Guilty&Pay Fine,made me as CRIMINAL from 03/23/2021, Geico Insurance, Fraudalantly wrote for Cancellation of Insurance,Suspension MyDrivers License,after Filing case. Even Suspension,Fraud NonPolice Ticket ,2, Incidents,2020  8Points & none gives me Insurance& Even

## IV.  Relief

Defamation of character, Mental Injury .Loss of Income

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

City Of Zebulon:- 1)Police officer,fraud Arrest,Cheating Destrying life of PostGraduate of Medical College,Health Care Executive,Arresting a known SafeDriver,Jailing for 2 days.Purposely did not come to court to avoid question,but in the hallway of Court. Hon'ble Traffic Judge,Fraud Judgement.For Non committed forcing to plead guilty,Missuse of Power to support Fraud Police Acts. Turning me a Criminal Background,so that I can not work in Health care, Defamation of Character, all US Indian Community& Google Indian Medical communityas Criminal $20 Millions $100 Millions(Each. Or Just Verdict.

Geico Insurance, when I moved to Delaware,wrote new Policy Increased price from 230/Month to 390/

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        08/23/2023  01-02-2024

Signature of Plaintiff

Printed Name of Plaintiff        Basavaraj Hooli

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Distrcit            Columbia.

IN THE ~~SUPREME~~ COURT OF THE UNITED STATES OF AMERICA

WASHINGTON D.C 20543   DATE 10/27/2023   CASE #

Basavaraj Hooli vs.1) Todd Combs, President & CEO of Geico Insurance

2) Larry Mitcham, Administrator, Zebulon, GA

I Basavaraj Hooli Pray the Honorable Court for Jury Trial.

I have been insured by Geico since 1982, Geico Insurance took $184 on 12/05/2020, and on12/07/2020 debited my Bank $78.07,( Ex 10) for moving from Florida to Delaware. Geico Informed Suspension of My Florida Driver's license for Nonpayment of Insurance from11/30/2020 for Suspension. State Florida DMV suspended my Driver's License, from 12/22/2020 Geico Insurance continued Debiting my Bank Account 12/07/2020  $78.07, etc. (Ex10)

1) A Postgraduates of Medical College (Ex 23) with No History of Crime.
2) Police Officer arrested wrong person, I was not Speeding (2Peoples were speeding as per Police which is recorded in Police Officer's Body camera), when Called 800 DMV Florida, voice tells "Driver's License #H400-061-48-030-0(Ex52) is suspended for Nonpayment of Insurance, if you have Insurance before 12/22/2020, enter Insurance #: Police Officer committed a, crime, for not entering Insurance # , Arresting me charged me Fraud Speeding committed Tort (EX -Not, Immunized, per USA Supreme Court) . Arrested wrong person, not Immunized as per Supreme Court USA.
3) Honorable Traffic judge Forces to plead Guilty, pay $166(EX 01) even complainant Police Officer saw in Building, did not come to Court room on 05/03/2021. committed Tort Crime. My Driver's License was VALID from 03/26/2021& had spent 2 days in County Jail! (Ex 02), I was not Speeding (Police officer was looking 2 Cars Speeding on US Hway 18 as Per Police

Body Camera) Honorable Traffic Judge Ignored and forced me to plead guilty, for Speeding &Suspended Driver's License $166 Pay or Go back to jail! Until Next month's Traffic Court! In spite my request for Dismissal

4)  Honorable Delaware District Judge gives power, to Suspend Florida Driver's License to Geico Insurance in his Dismissal Judgment. Ignored the Authority of State DMV.( every one who drive know Rules, only DMV can suspend License after 20-30 days' notice)

5)  Delaware, Florida, Maryland, Georgia Honorable   District Judges Refused to give me Attorney for 73 yrs. old Senior Citizen, Medically Disabled(Ex48) with income, $17000/per year, dismissed, as Frivolous complaint!

6)  All Honorable District Judges Dismissed the case, even Georgia Honorable District Judge, mentioned "Georgia statute of Limitation Expired for 2 years by 1 Month!
    a)  Ignored the COVID19 extension of all Statutes (2019-2021)
    b)  Crime is not established, all Dismissals for Procedure failures.
    c)  Victim is a Senior Citizen with 73 yrs., the statute extends for 15 years. (Ex 31,32)

I Basavaraj Hooli, MSc (Medicine) MBA(Health) DLM(ASCP), Postgraduate of Kasturba Medical College, Taught MD Sophomore Students in Kasturba Medical College and J.N. Medical College Belgaum, Karnataka state India from 1969-78, over 1000 students of mine are Practicing Physicians, USA, U.K. Canada, Saudi Arabia, Africa & other Countries. From 1978, I worked in the U.K. Medical Center Lexington KY, U.C. Medical center, Cincinnati, Ohio, University of Miami. I started HMO Outpatient Medical centers in Oneco, Bradenton & Sarasota Florida (1984) with IMC Gold Plus Contract HMO for all including Medicare. After the Gold Plus HMO shutdown, I, with my friends Dr. Ramappa, started a new WellCare HMO in 1986-87, now it is the largest HMO in the USA.

DEFENDENTS 1) Todd Combs CEO, Geico Ins, largest, company, in the world

2) Larry Mitcham, Administrator, Zebulon City, ( Ex 8)Ga 30295

The Unfortunate incident happened to me on 03/23/2021, at 530Pm, heavy Traffic only 2 lanes, in downtown, Zebulon, GA Pike County.

Geico Insurance was My Auto Insurance Company since 1982. On 3/23/2021, I was coming from Ben's Computer place (opposite City Hall) 7787, US19 Zebulon, GA 30295 after repairing my computer. I paid $10 for gas at CIRCLE K after passing the first traffic light. After the 4th traffic light (Ex 04),  right turn on US18,(Ex 03) a two-way road. A police car, lights & siren, behind, I pulled to the right side of the road. The police officer approached me and asked, "Did you see 2 cars going 59 miles per hour?" (Police Body Camera) I told him "Yes Sir. I am coming from Ben's computer shop after repairing my computer. After 3rd traffic light while waiting Green lights saw 2 Cars on Hwy US 18, (US Hwy 18 is Straight no Traffic lights, goes across US Hwy 19. When Police Officer arrives from Police station he has spent more than 5 Minutes,2-way street, crossing 4 Traffic lights, 2 cars were over 5 Miles from his Radar & Different County, Pike county ends in 2 Miles). I am going to Macon." The officer said, give me your Driver's license & Insurance Card (since I put Light siren) I handed them over to the officer (Police Officers Body Camera)

After 30 minutes, two other police officers came around me, and the Police Officer said to me, "You are under arrest. Your Florida Driver's License is suspended for not paying your auto insurance premium." I explained to the officer, "The insurance card I gave you is valid. I paid $184 to start my insurance, and on 12/07/2020, Geico debited $78.07 from my bank account" (Ex10). Geico has sent,4 Declaration Pages after I filed complaint against Geico in July 2021 1) dated 12/05.2020 with $339, 2) 05/14/2021 $230 3) 05/14/2021 $690.27 4) 06/11/2021 $2080.25) all came in one Envelope (Ex19-22)    I am also enclosing Payment  earlier.GEICO sent Billing in July, all are not in my Bank statement(Ex 14) This indicates I was an earlier customer than just policy starting 12/05/2020 In Florida DMV Report The Police officer warned  me that I cannot talk! must obey, otherwise would be dealt with severely and that he had 2 officers to help him. I

told him, "Sir, I am 73 years old. I just obey!" I was arrested and fingerprinted and held in Pike County Jail for 48 hours (Ex 02).

After leaving the County Jail on 3/26/2021 at 10:22 pm I called the Florida DMV.800# The DMV Voice informed me, "H400-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: License is suspended for non-payment of auto insurance, from 12/22/2020. If you have your insurance before 12/22/2020 enter your insurance number "I entered my insurance number and it showed that my driver's license was valid (Ex A 4B). Geico Insurance wrote my insurance policy on 12/05/2020. (Ex5 B 9th line) it Expires on 06/05/2021 Then New Policy was written on 05/14/2021. This is the Clear proof of Manipulation Insurance Declarations so that as per Florida DMV Report on my Driver's License Suspension period from 12/22/2020 to 03/26/2023 Deleted, then I got back after 10 months (Ex B5) Even Florida DMV employees were shocked, I was told," none Takes away Suspensions" of License.

The Police officer had my insurance card but did not enter the insurance number. Geico Insurance sent a letter after taking my payment of $184, writing a policy effective 12/05/2020 (Exb3), and debiting my bank account $78.07 on 12/07/2020 (Ex 10). I was shocked to see Insurance Cancellation date 11/07/2020 (Ex B 5, 9th line) I bought a new policy on 12/05/2020, If Insurance Policy was Canceled on 11/07/2020 Why 11/30/2020 notification to DMV to suspend my License for not Paying Insurance (Exb-B5,3rd line). Geico Insurance Manipulated after I filed complaint to US District Court Wilmington.DE (5-17-2021)

GEICO Insurance by1) writing a new policy at one side Geico Insurance canceled my Insurance from DMV and asked for Suspension! But Geico Insurance continued to debit my Premium $78.07 for 12/7/2020! My insurance was Current! When I entered my insurance # On March 26,2021 at 10:22 Pm, My Driver's license became Valid (Ex A 4B). Geico Insurance failure to Record Insurance payment and Insurance Coverage.

Then Geico Insurance Attorney committed TORT convinced the Honorable Delaware US District Judge Richardson that even one day Non-Payment on March

16, 2021 Returned payment March 19) $145/ *(Ex 14 )* Fraud statement $145 never went to my Bank Account on March 16,2021.(Ex 14) This is the Greatest Crime Tort to cover the mistake. State of Florida DMV, my Driver's license Active from 11/07/2020 to 05/07/2021. to 1) All drivers licenses Suspended by Each state Rule Notice to Customer for 20-30 days before Suspension. Everyone knows who drives in the USA or Any Country including Geico Attorney and Honorable Judge Richardson. But the Honorable Judge ignored the Laws of DMV and Supported Geico insurance Attorney. Monetary Relief under Civil Rights law.

1)Geico Insurance, reports Florida DMV, License Cancellation on 11-7-2020

2) Suspension of Driver's License on 11/30/2020 for Nonpayment of Insurance

There were over 60 people in Pike County Jail Only Few (5) from Pike County

On May 3,2021 I attended the Traffic court of Pike County. All people out of

County/State people traveling on Hwy 75 plead guilty and pay a fine. None of the 2-5 people from Pike County, (even without Driver's License) paid any money. Hon'ble Traffic Judge ordered to volunteer, hours to the county. We are all US citizens. Zebulon Police & and Traffic Judge discriminated me & other citizens of country/states. I pray for the honorable Court for DISCRIMINATION.

Pike county Traffic Judge Ordered when Police officer did not come to court 1) Plead Guilty and Pay Fine $166/ Ex 01)or Go to Prison for 30 Days, Come Next month when Police Officer comes to Court.

I prayed to the Honorable Judge, If the complainant Police Officer did not come to Court Case to be Dismissed, the Honorable Pike County Traffic Judge overruled saying, it is my Order! I had another Police Ticket 02/08/2023, the Police officer advised me to take Safe Driving Classes. I did and when I went to District court Vienna, GA on 05/10/2023,(Ex 46) The Police officer did not come to Court. My Case was dismissed (Copy is attached Ex 46) Therefore Crime is committed by City

of Zebulon, 1) Police officer &traffic Court Judge and Geico Insurance.!) Geico with Fraud Billing even My Driver's License was Valid (Ex 4B) Fraud Presentation of my Payments to Delaware US District Court. This case is not Auto Accident this case is Crime   Arresting me and Jailing 2 days, by Fingerprinting in Google awarding me as CRIMINAL to world, with no mistake of mine! Committed by both.

1) A) Police Officer, came with less than 59 Miles/hr  from Police station with

4 traffic lights! First He asked me "Did you see 2 cars going with

59 miles/hr. Speed (Police Body Camera records), how can a police officer get 2 Speeding Autos?

B) Police Called DMV Florida My Driver's License H400-061-48-030-0 Voice from DMV was Driver's license Suspended  For Non-Payment of Insurance If you have Insurance before 12/22/2020 enter Insurance # Police Officer only used "Driver's license Suspended". This is Tort!

Geico Insurance and Zebulon Police worked to get Florida DMV to suspend.

my license on 6/03/2021(Ex B5)., Destroying my Driving Privileges just to Cover GEICO Insurance and Police officers Fraud acts, since I complained to the Court for Justice. Zebulon Police Dept and Geico have committed Crime, against me, this is not an Auto Accident! But I bought another insurance policy to keep my license. I have paid to Geico Insurance $115/ on 05/14/2021, (Ex16) Ins Payments) for rental coverage due to KIA car Totals. Geico Insurance Firmly decided to destroy my Driving License, since I was a SAFE DRIVER from Florida. I had Filed complaint in May 2021, for Fradley suspending my Driver's license.

Geico opened a fraud complaint of 09/17/2020 insurance (complaint is attached). My KIA car never touched the Buick New Truck, paid $16000. A complaint of a non insured/with no police complaint, never touched her Buick truck, we both were with 8-10 Miles speed. In fact, I busted my front right tire hitting the Rt

Curb, & hood- front hitting the pole of the road. I got AAA Club to Fix my Tires. (Ex28) Geico mailed payment Information to my closed address in Florida while Geico was getting money from Dover, Delaware! I did not have police tickets but Geico created it. This was on 09/12/2020, but Geico Paid on 7/22/2021 only I filed Case against Geico Insurance.

Geico Insurance made payment $16000 adding me 4 points, without Police Ticket cannot get Auto Insurance (Ex 25)

Geico in order to cover their own mistake even convinced a US District Judge, even one day late.  payment that day Insurance policy is suspended. Now I cannot Drive as No Insurance writes to me. (Liberty Mutual Insurance (Ex 28)). I am a SAFE DRIVER (Ex52) as per My Driver's License from Florida. Geico Insurance Misleads as Government Employee Insurance company and 15% Lower Rate. After accidents people like me go to Court but Geico Insurance has Attorneys who even Convince Honorable Judges, Billions worth, destroy all poor people like me they only pay if Attorney Represents Destroyed my Driving, I was Taxi Driver in Atlanta, Miami and New York My

Driving ended with Geico Mistakes

CLAIMS

I have Depression and Anxiety leading to "OBSTUCTIVE SLEEP APNEA" (Ex 48), I always Dream Police officer Locking up my both hands, pushing me hard on buttocks & feel my ankle joints, feet & legs paining to get into the Police officer's car, Relief for Continued. dreams over 1000 days are more than Dogs Bites. All wounds will have painkillers stop Pain in an few minutes, antibiotics heal the wounds in 3-5 days, Injunctions for Dog bite /monthly Shal stop any Rabies. Here in a week everything over Relief from Judge was $100Millions, I pray for more than $100 Million, from both Geico &City. Of Zebulon from judgement, Fraud stop & helps Millions of Poor people, who can not get Attorneys. Attorney are Judges listen to legal arguments, persons like me hurt the case, with mistakes.

a) Medical Expense due to Mental Injury over 1000 days sufferings. I had 2 Heart attacks due to the Geico Insurance Episode. I am Enclosing my Medical Bills. My insurance has Paid.

b)) No Earnings, due to Background Check CRIMINAL, for Forcibly Pleading Guilty & Arrest. Complaint Police Officer did not come, Case Dismissed. It is very big CRIME, I am a VICTIM of this Honorable Traffic Judge's order This made my Background CRIMINAL ,and None of US District Courts Judges, Delaware, Florida, Maryland and Northern Georgia heard my Humble appeal, I am a Victim of this CRIME(Person did not speed, a known safe Driver as per Florida State, Arrested and Jailed for 2 Days, Traffic Judge Instead of Dismissing the Case Forced to PLEAD (for Non occurring speed/ absence of complainant Police officer)guilty, pay $166/and become a CRIMINAL background, cannot work for last over 1000 days! This is the CRIME, committed by a Police officer and Honorable Traffic Judge of the City of Zebulon. I am the Victim older than 65 years, I was73 yrs. old. As per Georgia Statute of Limitation is 15, Year, unfortunately, my case was Dismissed by Honorable, Northern Georgia District Judge, only 2 years statute! Honorable judge ignored COVID19 period (2019-2021) and still crime is not identified, how does the statute start? I did make a complaint, in March2023, and sent copies of Complaints to 2 Defendants, the only mistake I did was Certification to the Supreme Court of Georgia, my complaint was Returned.

c) Damage to reputation (postgraduate from Excellent Medical college and over 1000 students are Physicians in USA, Garlanded behalf US Indians US Indian community (over Millions, on TV to) Welcome late Prime Minister of India in 1988 in UNO office New York, who received 1st Prize for Population Control in the world. d) Physical Pain and emotional Sufferings e) Loss of Liberty from unlawful detention and many

This is not an Auto Accident Zebulon police officer did a crime to put me in Jail. Geico Insurance took my Money, but Informed DMV Florida suspend my Driver's License for Non-Payment of Insurance Premium and Cancel (11/30/2020 &

11/07/2020) This is Crime All activities started after I complained to US District Court Delaware 11/14/2020(Ex24) Labor Certification)

Mental Injury

I am dreaming most of the time as I am Living in Jail! It is a psychological effect, I tried so many therapies, making use of my Health care Insurance and even Free Psychological Clinics. I cannot get out of the shock I am experiencing. My life is Destroyed due to Police officer Fingerprinting me, restricting my movement with Lock ups both hands and dragging to the back seat. I came to this country because, America is KING OF WORLD, this is Free country, Greatest Country in world, #1 Country, known as King of all 159 Countries of the world including Russia, China, India and others. Now look at situation A postgraduate of a Medical College, Safe Driver of Florida, not committing any crime, A Police officer, puts siren lost 2 speeders, got me by cheating me all things have 100% verifications (Police Body Camera, Records and takes picture)

Geico Insurance is the biggest in the world with $300 Billion and and city of Zebulon, GA Both Committed CRIME on me. I pray the Honorable Court awards me what is best justifiable. In my opinion I pray for more than $~~30~~ 100 Million/ each, or more Geico Insurance and City of Zebulon, GA. For Defamation of Character. 2

I did not Speed, I was just Driving, Police Officer First asked me did you see 2 Autos with 59 miles/hr. speed (His Body Camera Record). Then charging me, Fingerprinting and putting me in Jail for 2 Days. He committed a big crime.

Geico Insurance, engaged Destroying, my Driving life after committing Crime taking money, canceling Insurance and suspension of Insurance Driver's License, this is a GRAVE crime committed by Geico Insurance

1) I paid $184/ (Without paying Cash, no Agent Writes Geico Policy as Geico Pays Money to Agent) to start Geico Insurance on 11/07/2020 and $78.07

(Exb10) on 12/07/2020 Geico Insurance made a big Blunder Suspending my Florida Driver's License on 11/30/2020 and debiting my Bank account.

2) convincing Honorable US District Judge Delaware that One day late, that day License is Suspended (Geico Powerful Attorney Convince all Judges.) It is unfortunate that everyone Drives including the Attorney and Honorable Judge that States DMV, gives Notice from 20-30 days then Suspends Driver's License. In my Case I was staying in Delaware, AS I had Death threat by Police Officer for Face Masks to Defense Dept and trying to get a Federal Job in President Biden's Gov.I did not get Notice. I had to move away from Florida due to Death Threat ,my another complaint to Honorable Supreme Court USA) I was Delaware Resident from 11/2020 to 01/31/2021

3) I earnestly request the Honorable Supreme Court to appoint an

Attorney, to Present my Case to the Honorable Court (I shall pay, without an Attorney, it is impossible to get Justice! Asper Maryland US District Judge, US District Judge Delaware Dismissed the case, believing, Geico Insurance Attorney pleaded even one day Late payment, Geico Suspended Driver's License! This never happened, my Driver's License suspended from 12/22/2020 of Insurance, that day Insurance cancels (Exb7) with above Reasons. It was Fraud argument with manipulated

payments history!

1) Natzke v/s Williams 490 US 319,325(1989) does not apply It is very Clear Case Repeated Cheating even you paid Bill, still Geico Insurance Cancels Insurance 11/07/2020, Suspends My Driver's License 11/30/2020 and 5/25/2021. A Tort Crime has been Committed by Geico Insurance

2) Zebulon City Police Officer comes from the Police station with 4 traffic Lights (Unsynchronized), heavy Traffic of Evening and 2-way Road. It took me 30 Minutes, Police officer committed Blunder asking me 2 cars going 59 Miles/hr. then while listening 800 Florida DMV tape voice, did not enter my insurance # Committing a Grave Crime being Police Officer and it is TORT on me by Zebulon City

3) a) In BellAtl Corp V Twombly 550 US 544,547(2007) b) Ashcroft v Iqbal 556 US 662 678(2009) will not apply to this case.

1)) English is my Second Language, studied only in college.

2) I live on Social Security, $1543/month

3) Justice comes only Following Rules of Honorable court, (I am not an Attorney) 2 yrs. Passed, all 4 District Judges have Dismissed my case. I only pray to God, to open his eyes!

4) I had Heart attacks after learning, Geico, CHEATED Honorable Court about my driver's license suspension (Ext 5a-5b) Wrong Payments, elimination of Driver's License Suspension period 12/22/2020 to 03/26/2021 from My Driver's License Record H 400-061-48-030-0 State of Florida. Even My Driver's License Suspension was Eliminated from My Drivers Record, it took me 11 Months get correction form Florida DMV (Exb5a)

5) Case was Filed by the Police Officer in the JURISDICTION, City of Zebulon

Municipal Court, by the Complainant Police Officer, City of Zebulon,

dated 03/26/2021, Police Officer *V/S* Basavaraj Hooli and heard in the City of

Zebulon Municipal Court 1818 U.S.HWY 19 Zebulon GA 30295 on 05/03/2021)

6) The Complainant Police Officer did not come to The Municipal Court on

05/03/2021. I was arrested and Jailed for FRAUD Speeding from Ben's Computer

Stopped on all 4 Traffic lights, (Ex 6) after 4 th traffic Light in 120 FT the Total Distance from Ben's Computer to Arrest Point was 0.5 Miles with 4 Traffic lights on Hwy 19. I am a safe Driver as per my Florida Driver's License (Ex 52)

7) I have Suffered Mental Injury from 03/23/2021 and continued after 1000 day every hour I dream of being "Arrested, Pushing Hard to get in to Back side of Police officer's car, since Obeys: my Thighs, Ankles &feet fingers hurting, I murmur, people look at me, whoever sees me this has lead me to Obstructive Sleep Apnea, a Medical Disability(Ex 48) from 03/26/2021.

Every hour I dream of being in jail. Geico Insurance is very big company do not pay costumers pays only Attorneys. Now an Attorney already got all my information of Supreme court application (Ex 26), this they did for every Court! One Famous Macon, Ga Attorney for 18 Months, advised me.not to Complain to any Georgia State Courts, they all Dismiss! Only Federal Courts, they all want Jurisdiction, and Dismiss Frivolous as I am poor! JUSTICE is LUCK!

Legally from 03/23/2021 I became a CRIMINAL Background due to me.

fingerprints and was arrested and jailed. I received a lot of calls, all medical community in India are shocked to see in Google I am known Criminal, I prayed 9 months for Expungement, Honorable Judge Richardson sealed the Fraud verdict of Traffic Judge of Zebulon.

a delivery job for Domino Pizza in Delaware, due to CRIMINAL background

not agree with the Magistrate. Till today I am Criminal. I need Justice from court.

I am U.S. Citizen, but Unfortunately the Police dept and Jurisdiction City

Judge Have Discriminated me, even I prayed U.S. District Judges Delaware,

Gainesville Maryland, unfortunately I am Abandoned by Justice, as I don't know Procedures, Rules and critical time limits! Every Free Attorney spied on me for Geico Insurance, even Geico Insurance wiped Suspension of my Driver's License from 12/22/2020 to 03/26/2021. It is Geico Mistake to cover Attorney pleaded Fraud Billing they don't match with Bank debits and Florida State DMV!

I was a Safe Driver in May 2021. After appealing in Delaware U.S. District court,

I was a Resident of Delaware from 12/2022 (Ext, C) Geico paid $16000/ for a

FRAUD Claim of Non-Accident & Mailed to my Closed PO Box Williston FL,

though Geico is aware of my Delaware address. This aimed to Destroy Safe Drivers Record! After Filing Case in Delaware in May 2021 Geico Attorney, shoed, FRAUD payments of my Driver's License, (Ex9D), my bank matches only one payment of $26.77.  Geico Fraud Billings to Cover their mistake They have shown 5 transactions! Geico shows $890 for New Policy! My policy payment was done, long back $220/ for moving to Delaware, small state from Florida big state, Geico has debited from my Bank account more than the policy.

Even Suspension Fraud Suspension 03/19-21 & May 14-21. Everything Fraud by

Attorney (Ext D). Incident happened on 03/23/2021!

Now, none writes Insurance, since Geico wrote Fraud.  Geico has destroyed my life. I am a Safe Driver, because Geico Mistakes I was arrested, Jailed2 days, now I cannot DRIVE, as none writes Insurance. I am 75 yrs. old I have to go by Busses!

On 02/05/2023, at the ATM parking lot my car had Few Bullets, I was traweling

from Washington DC to Florida and had Traffic Violation, on 2/8/2023 in

Virginia. My Court date was 05/10/2023. The Police officer did not come to the Court, my case was Dismissed on 05/10/2023. Therefore, I pray to the Honorable Court I am Discriminated by the City of Zebulon (Police officer and Honorable Judge) turned me with First Criminal Record in My Background check, I am a Postgraduate from a Reputed Indian Medical College, I have over 1000s of Students calling me feeling sorry for my Arrest.

Now I cannot get auto Insurance same, started In the Beginning 2021, after Zebulon Traffic Court Fraud verdict.

I begged all courts. I am 75 yrs., Medically Disabled (Cardiac, once Dead in Dover Hospital bed in 2021, Asthma, Diabetes & Obstructive Sleep Apnea). No court gave me an Attorney. I am a Postgraduate from Kasturba Medical College Manipal, India. English is my second Language. I need Justice. Years to get. I pray for Justice! I I need an Attorney!

DEMAND FOR RELIEF

1) Medical Expenses, heart attack twice
2) Lost wages My Income 2019-2020 ($123,949/yr. (Ex 34-35)
3) False Arrest in USA Police Officers are covered by Doctrine of Ruled Qualified Immunity, supreme court has ruled Executive against wrong Person. And cover up of an illegal arrest which has happened here. Police officer did not come to Court, Traffic Judge Threatened to go to Jail for 30 days or Plead Guilty and Pay fine $166/ This is coverup of my Arrest.
4) Defamation of Character. My Finger printing as a crime and put on Google "A Post Graduate of a Medical College, A US Citizen well coming on behalf of Indian US community Prime Minister Indira Gandhi, Garlanded( picture came on Indian News TV &My picture in all Newspapers including India Abroad to Receive First Prize for Population Control by UNO in New York in 1988 is Arrested/Fraud way by Police officer This has created very bad Picture of me and Millions of people wonder How I got arrested? This happens in the USA! Even going to several courts no justice!

5) My Students,1000s of them are Doctors shocked to see ARRESTED in the USA Millions are in the USA whom I represented in Garlanding the Indian Prime Minister in USA. Defamation of Character.

Mental Injury        Emotional Distress   Psychological harm caused by Experiencincing series of events, that are Traumatic, upsetting/Distressing Mental anguish everything from Depression to Freight to Grief. Anxiety, Depression & Sleep Disturbance and post-Traumatic. These symptoms can impactan individuals abilityto functionin personal and professional life leading to diminished  quality of life  Emotional Distress can be variety of Financial losses. My stress Disorder is going to be my Lifelong Punishment, I came to America, (King of world) to learn, work & establish my life. Now I got Arrested and the rest of my life Dreaming Jail! These over 1000 days and lifelong MENTAL INJURY the Price is unlimited In  USA  For a Dog Bite Detroit Honorable Judge awarded $100 Million, it is all how an Attorney argues to Judge. As a Medical Educated person comparing a Dog Bite the Depth of the Injury created by Zebulon city and Geico Insurance is much higher comparing to ANT to ELEPHANT and at least $20 million from each Geico Insurance and Zebulon city.

6) I shall explain to Jury the Depth of my Mental Injury and Defamation of Character.

1) I Pray Honorable Court to Award me, more than$100  Million from Geico Insurance & city of Zebulon from each.

2) Keeping me as FRAUD CRIMINAL from 03/23/2021

Was Tried in Municipal Court Zebulon, GA 30285. After the FRAUD/ILLEGAL

Judgment, I appealed to the US. District Court DE, after 01/30/2022,

My case was Dismissed, I never Got Papers from Delaware, court wanted Money.

It took 2 Months to court to send Papers. Geico is destroying my life for their mistakes 1) Took Money, wrote to Suspend My Driver's License, continued taking Money, kept CRIME is committed hiding in the name of jurisdictions! Already this case is Tried in Jurisdiction Judgment is appealed in US District Court. I pray the Honorable Court will appoint me an Attorney! I do not agree with the Court for Arrest, Jail, Mental Injury Rest of life and Defamation of Character. I have dreamed every night hour, the arrest, the punishment pushing me in Police Car, Finger printing & declaring me as CRIMINAL word in Google published to Millions!

Since my arrest, being a Postgraduate of a Medical College, I don't know English. After this incident when Geico did not accept 30 Days Magistrates Decision I was Admitted to Dover Hospital, as per My Doctor I was dead in Hospital, after Cardiac Shock, my Heart started beating, I will accept whatever the Honorable Court awards. Even today I am a CRIMINAL due to the jurisdiction's Municipal Court Verdict. I cannot work. Unfortunately, the Honorable Court has IGNORED, the Fate I am FACING with the Heading of CRIMINAL, for the Mistake of 1) Police Officer Arresting me; 2) municipal Courts (JURISDICTION Court FRAUD Verdict Police Officer/Complainant did not come in side Court, The Case Must be Dismissed! Instead Even US District Courts (Delaware, Gainesville, Philadelphia &; Greenbelt) are ignoring the Damage has been done to me with FRAUD acts of Zebulon Police &; Municipal Court (jurisdiction Court) I pray for an Attorney's Help and Need Justice for CRIMINALS, not Satisfied with $178,000. I am suffering as a CRIMINAL, a Post *graduate* of a Medical College was arrested, jailed and still living in CRIMINAL background status FOR Fraud Arrest & Fraud Judgement of City of Zebulon, GA.

Yours faithfully,

Basavaraj Hooli MSc (Medical), MBA (Health), DLM (ASCP)

101 President St

Baltimore MD 21202

1/2/2023