**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA WASHINGTON**

CASE # 1:24: -CV-00006 -BAH                   DATED 04-24-2024

BASAVARAJ HOOLI   V/S   TODD COMBS et al.

    (Plaintiff)              ( Defendants)

**MOTION FOR ANSWERS TO THE COMPLAINT BY DEFENDENTS DATED 01-02-2024**

I pray the Honorable Court for Answers to my complaint dated 01-02-2024.

1) Police officer stopped me to enquire 2 cars speeding on US Hway 18 at 59 Miles/hr. as per his Radar. Police Officer took my Florida Driver's License # H 400 061-48-030-0 and Auto Insurance Card. When Police officer heard The Driver's License is Suspended for nonpayment of Insurance, although Police officer had Insurance card, did not enter the Insurance # purposely. Police Officer came after 30 Minutes to arrest me without summons.
I was arrested Illegally and taken to Pike county Jail, my finger prints were taken as Prisoner and published in Google as a Prisoner to whole world! After 2 days in Prison, came out and called at 10:22 pm on 03-26-2021, from Ramada Inn I called 800 # of Florida DMV; when I entered my Driver's License #, I heard, H400-061-48-030-0 is suspended for nonpayment of Insurance payment, if you have Insurance before 12-22-2021,enter the Insurance #, I entered my Auto Insurance # effective 12-05-2021, then the Voice said LICENSE is VALID and I am attaching the copy(Exb
1) From 03-23-2021 I became Criminal no Mistake of mine! Geico Insurance took 50% of Policy payment as my credit was poor! then they Debited my Bank account on 07-07-2021, $78.07 as my payment!
2) Honorable Traffic Judge I met him in another Court parking lot, and showed him all my papers and told me to follow him to City Hall for Traffic Court!
I followed his car, parked next to him. Then he told me I am Traffic Judge! The Police Officer did not show to the court 10:30Am on 05-03-2021.

RECEIVED
APR 24 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

My case Must have been Dismissed! Instead, Honorable Traffic Judge Shocked me to pay $166/ for Speeding! In 45 Miles zone, i.e. 86 miles/hr. Travelling from Ben's Computer to arrest point on Hway 18, stopping after 1st Traffic light at Circle K, then after 0.1 Mile distances between 3 Traffic Lights /total 4. Covering Distance of 0.5Miles. Traffic Judge did not have Radar of Police Officer! I did not have Police Ticket for speeding 59 miles As per Police Officer's Radar on Hway 18! I travelled on Hway 19! Thus, I became CRIMINAL from 03-23-2021 till today! I am a Post Graduate of Medical College and another Master's Degree from USA and also DLM(ASCP), Hospital Director of Laboratory License, from American Society of Clinical Pathologists, Chicago, Illinois. I am criminal I cannot Renew License! This is the punishment I got from Hon'ble Traffic judge, Attorney

Cahall, Honorable Judge Richardson, now Attorney Nolan Jackson! Pleading to Dismiss the case!

GEICO INSURANCE

I AM CUSTOMER OF Geico Insurance from 1982. I have not claimed any time! Now I have this incident!

1) Geico Insurance took 50 % deposit of Policy while writing the Policy, due to Bad credit. Geico Insurance Suspended my Drivers License from 11-30-2020,but wrote a Policy, kept my Driver's license suspended from 11-30-2020 and Debited my Bank account on 12-07-2020
2) Geico Insurance another requirement is Payment must be Debited from Bank Account (No Billing!) I don't know How Attorney Cahill proved One
   Day Delay in Payment! Imaginary date of March 16th,2021
3) My Driver's license was suspended again on 05-25-2021, I had paid Full policy! My Driver's Suspensions were Deleted from My Driver's License!
   I was shocked! It took me 10 months to back in my Driver's License.
4) Geico Insurance informed Florida DMV, that My 12-05-2020 policy was written by GATEWAY Insurance company, with Different Fraud Policy # Although I have Geico Insurance Policy! Geico Insurance and City of Zebulon have hired Attorney's like 1) Robert Cahall, New work.DE 2) Nolan. Jackson Lexington Ky.

Last time I just wrote to request for Appointment of Attorney, suddenly
Attorney Nolan Jackson came naming Amended Complaint and Dismissal of my case! I am not Attorney, I pray for Reply from Both.
Yours's faithfully

Basavaraj Hooli, MSc (Medicine), MBA(Health), DLM(ASCP)
Copy 1) Todd combs et all.